USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1056 KATHERINE FURTADO, Plaintiff, Appellant, v. COMMONWEALTH ELECTRIC, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Reginald C. Lindsay, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Katherine Furtado on brief pro se. _________________ David S. Rubin, N. Jay Shepherd, Kearns & Rubin, P.C. and Michael ______________ _______________ ____________________ _______ Hartnett on brief for appellees Commonwealth Electric Company, ________ Commonwealth Energy System, Douglas B. Miller, Russell D. Wright, Kevin Roberts, and Gerald Bowden. Robert D. Manning, Bryan C. Decker and Angoff, Goldman, Manning, _________________ _______________ __________________________ Pyle, & Wanger P.C. on brief for appellees Brotherhood of Utility _____________________ Workers of New England, Local 333, Andrew Woodacre and Philip Trombley. ____________________ August 14, 1996 ____________________ Per Curiam. Upon de novo review we agree with the __________ __ ____ district court's decision to dismiss the complaint because, even with plaintiff's amendments, it fails to articulate facts sufficient to sustain a cognizable claim. The judgment is affirmed and modified to reflect that the state claims, ________ ________ and any unexhausted claims within the exclusive original jurisdiction of an administrative agency, are dismissed without prejudice. Affirmed as modified. ________ ________